**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YOISLEY RIOL QUESADA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1815-KC** |
| | § | |
| **U.S. ATTORNEY GENERAL, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On July 2, 2026, Yoisley Riol Quesada, a Cuban citizen subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 3.

In answer to the Court's Show Cause Order, ECF No. 2, Respondents filed their Response, ECF No. 6, in opposition to Riol Quesada's Petition. In support, Respondents attach the Declaration of Deportation Officer Eleuterio Portillo ("Portillo Decl."), ECF No. 6-3. According to Portillo, Cuba has denied Riol Quesada for repatriation. Portillo Decl. ¶ 12. Respondents have attempted to remove Riol Quesada to Mexico on two occasions, once on May 18, 2026, and again, on July 10, 2026. *Id.* ¶¶ 7, 10, 11. Both times, Riol Quesada refused to consent to be removed to Mexico. *See id.* "On July 11, 2026, El Paso ERO requested assistance from Head Quarters (HQ) Removal International Operations (RIO) Detention and Deportation Officer (DDO) to add [Riol Quesada] on [the] third country removal tracker." *Id.* ¶ 13. According to Portillo, although "the timeline to remove [Riol Quesada] is currently unknown, ERO anticipates that removal will be possible in the near future." *Id.* ¶ 14.

Given the length of Riol Quesada's detention and that Riol Quesada's removal to Mexico or another third country would likely moot the Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than August 24, 2026**, detailing the following:

(1) whether Riol Quesada has consented to be removed to Mexico; and if so, whether he was removed to Mexico;

(2) whether Respondents have identified a third country other than Mexico for Riol Quesada's removal, and if not, the anticipated timeline for identification;

(3) if Respondents have identified a third country for Riol Quesada's removal, whether Respondents have submitted a request for travel documents to that country on Riol Quesada's behalf, and if not, the anticipated timeline for submission; and

(4) the anticipated timeline for Riol Quesada's removal from the country.

**SO ORDERED**.

**SIGNED this 23rd day of July, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE