**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YOISLEY RIOL QUESADA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1815-KC** |
| | § | |
| **U.S. ATTORNEY GENERAL, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On July 2, 2026, Yoisley Riol Quesada, a Cuban citizen subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 3. On July 24, 2026, the Court ordered Respondents to file a status report detailing their efforts to remove Riol Quesada from the country. July 24, 2026, ECF No. 7.

Respondents have now filed a Status Report, ECF No. 10, in which they state that Riol Quesada has not consented to be removed to Mexico but they are continuing to coordinate third country removal efforts. *See id.* ¶¶ 1–4.

Riol Quesada has been detained since May 14, 2026. Resp. 2, ECF No. 6. He was previously detained for approximately twenty-one days in the post-removal order context: He was ordered removed on June 25, 2019, and he was released under an order of supervision on July 16, 2019. *Id.* Ex. A ("Form I-213"), ECF No. 6-1. Riol Quesada has thus, in the aggregate, been detained for 103 days, which is less than the six-month presumptively reasonable period set forth in *Zadvydas v. Davis*, 533 U.S. 678, 689–90 (2001). However, because Riol Quesada's detention may, in the near future, become unreasonably prolonged, the Court finds it appropriate to order a status report.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **<u>by no later than October 19, 2026</u>**, detailing the following:

(1) whether Riol Quesada has consented to be removed to Mexico; and if so, whether he was removed to Mexico;

(2) whether Respondents have identified a third country other than Mexico for Riol Quesada's removal, and if not, the anticipated timeline for identification;

(3) if Respondents have identified a third country for Riol Quesada's removal, whether Respondents have submitted a request for travel documents to that country on Riol Quesada's behalf, and if not, the anticipated timeline for submission; and

(4) the anticipated timeline for Riol Quesada's removal from the country.

**SO ORDERED**.

**SIGNED this 26th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE